Case 1:26-cv-00616-RRS-MLH   Document 9   Filed 03/26/26   Page 1 of 1 PageID #: 76

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ARNALDO CAMEJO-MOLINA #A076-169-361**     **CASE NO.  1:26-CV-00616 SEC P**

**VERSUS**                                                                  **JUDGE ROBERT R. SUMMERHAYS**

**WINN CORRECTIONAL CENTER**                       **MAGISTRATE JUDGE HORNSBY**

<u>**MEMORANDUM ORDER**</u>

Before the court is a petition for writ of habeas corpus filed on February 25, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff's application to proceed *in forma pauperis* is not signed and completed by an authorized accounts officer at the facility in which the plaintiff is incarcerated.  **Plaintiff must provide an *in forma pauperis* application that is signed and completed by an accounts officer.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __26th___ day of __March_____, 2026.

Mark L. Hornsby
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application (Page 6)