## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| ARNALDO CAMEJO-MOLINA | * CASE NO. 1:26-CV-00616 |
| | * |
| VERSUS | * JUDGE SUMMERHAYS |
| | * |
| WINN CORRECTIONAL CENTER | * MAGISTRATE JUDGE HORNSBY |

## ORDER

UPON CONSIDERATION of the MOTION FOR RELIEF OF PROVISIONAL APPOINTMENT.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the MOTION FOR RELIEF OF PROVISIONAL APPOINTMENT be, and is hereby, GRANTED;

Shreveport, Louisiana, ____May 27_____, 2026.

Mark L. Hornsby
U.S. Magistrate Judge